# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:09cv199

| | |
|---|---|
| PETER FRANKLIN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>YANCEY COUNTY, ALICE ELKINS, individually )<br>and in her capacity as Director of the Yancey )<br>County Department of Social Services, )<br>DEBBIE McKINNEY, in her capacity as Director )<br>of the Yancey County Department of Social )<br>Services, and YANCEY COUNTY DEPARTMENT )<br>of SOCIAL SERVICES, )<br>)<br>Defendants. )<br>)  | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the Defendants' Motion for Judgment on the Pleadings [Doc. 12].

On June 1, 2009, the Defendants moved to dismiss this action. The magistrate Judge issued a Memorandum and Recommendation wherein it was recommended that all of this action be dismissed with the exception of a claim brought pursuant to 42 U.S.C. §1983, which had not been a

subject of the motion to dismiss. The Court adopted that recommendation and dismissed all of this action with the exception of the §1983 claim.

On January 27, 2010, the Defendants moved for judgment on the pleadings as to the remaining §1983 claim. On that same date, the Court provided instruction to the Plaintiff, who proceeds in a *pro se* capacity, concerning his obligation to respond to the motion, the manner in which he is required to respond and the time within which to do so. [Doc. 15]. In that Order, the Court specifically noted: "The Plaintiff is cautioned that failure to respond to the pending motion will result in its being granted in which case the remaining claim will be dismissed." [Id., at 2]. The Plaintiff was also advised that response must be filed on or before seventeen days from entry of the Order. [Id., at 4].

The time within which the Plaintiff must have responded to the motion expired on February 16, 2010 and he has failed to file any response. It appears that dismissal is appropriate based on the reasons set forth in the Memorandum and Recommendation as to the other claims in this case and for the additional reasons stated in the present motion.

**IT IS, THEREFORE, ORDERED** that the Defendants' Motion for Judgment on the Pleadings [Doc. 12] is hereby **GRANTED** and this action is hereby **DISMISSED** with prejudice.

The Clerk of Court is respectfully directed to enter final Judgment in favor of the Defendants.

Signed: February 25, 2010

Martin Reidinger
United States District Judge