# United States District Court
## For The Western District of North Carolina
## Asheville Division

Peter Franklin ,

                Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                        1:09-cv-199

Yancey County et al,

                Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/19/2010 Order.

Signed: February 25, 2010

*Frank G. John*

Frank G. Johns, Clerk
United States District Court